◼ RONALD CROFOOT, Individually and as Parent and Natural Guardian of RONALD CROFOOT, JR., an Infant, Appellant, v RIVERSIDE MANUFACTURING CORPORATION, Respondent. — Order unanimously affirmed, without costs, for reasons stated in memorandum decision at Special Term, Stone, J. (Appeal from order of Supreme Court, Onondaga County, Stone, J. — summary judgment.) Present — Dillon, P. J., Hancock, Jr., Callahan, O'Donnell and Moule, JJ.